## RECONSIDERATION OF PRIOR DECISIONS

**2001–0960.   Westside Cellular, Inc. v. Pub. Util. Comm.**

Public Utilities Commission, No. 93–1758–RC–CSS. Reported at 98 Ohio St.3d 165, 2002-Ohio-7119, 781 N.E.2d 199. On motion for reconsideration of Cincinnati SMSA Limited Partnership and motion for reconsideration. Motions denied.

   COOK and LUNDBERG STRATTON, JJ., dissent.

   RESNICK, J., not participating.

**2001–1132.   New Par v. Pub. Util. Comm.**

Public Utilities Commission, No. 93–1758–RC–CSS. Reported at 98 Ohio St.3d 277, 2002-Ohio-7245, 781 N.E.2d 1008. On motion for reconsideration. Motion denied.

   RESNICK, J., not participating.

**2001–1158.   Cincinnati SMSA L.P. v. Pub. Util. Comm.**

Public Utilities Commission, No. 93–1758–RC–CSS. Reported at 98 Ohio St.3d 282, 2002-Ohio-7235, 781 N.E.2d 1012. On motion for reconsideration. Motion denied.

   RESNICK, J., not participating.

**2001–1843.   Ferrando v. Auto–Owners Mut. Ins. Co.**

Ashtabula App. No. 2000–A–0038. Reported at 98 Ohio St.3d 186, 2002-Ohio-7217, 781 N.E.2d 927. On motion for reconsideration. Motion denied.

   COOK, LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2002–0291.   Pillo v. Stricklin.**

Stark App. No. 2001CA00204, 2001-Ohio-7049. Reported at 98 Ohio St.3d 163, 2002-Ohio-7090, 781 N.E.2d 198. On motion for reconsideration and/or motion to clarify court order/decision. Motions denied.

   COOK, LUNDBERG STRATTON and O'CONNOR, JJ., dissent.